# In the United States Court of Federal Claims

No. 05-517C
Filed December 18, 2006

************************************
GEORGE HALL, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
************************************

## SCHEDULING ORDER

Pursuant to the parties' December 14, 2006 Joint Preliminary Status Report, the court hereby enters the following Scheduling Order:

1. Fact Discovery. All fact discovery, including all depositions, shall conclude **on or before April 5, 2007**. In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

2. Expert Discovery. The parties will disclose their experts **on or before March 22, 2007**. All expert discovery, including the exchange of expert reports and the completion of expert depositions, will be completed **on or before June 21, 2007**. Expert report(s) will be submitted simultaneously **on or before May 21, 2007**.

3. Dispositive Motions. All dispositive motions will be filed **on or before July 23, 2007**.

4. Statement of Facts. The parties will file a Joint Comprehensive Statement of Facts **on or before October 1, 2007**.

5. Witness and Exhibit Lists. The parties' witness lists and exhibit lists will be filed **on or before October 1, 2007**. Any objections to witness lists and exhibit lists will **be filed on or before October 15, 2007**.

6. Pretrial Conference. The pretrial conference will be held **on October 23, 2007 at 10 a.m. EST** at the United States District Court for the Northern District of Alabama (Western Division)'s courthouse, 304 Federal Building, 1118 Greensboro Avenue, Tuscaloosa, Alabama 35401.

7. Trial. Trial will be held **on October 23, 2007 through October 25, 2007**. Trial will be held at the United States District Court for the Northern District of Alabama (Western Division)'s courthouse, 304 Federal Building, 1118 Greensboro Avenue, Tuscaloosa, Alabama 35401.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**