**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GEORGE W. HALL,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 05-517C<br>Judge Susan G. Braden |

**STIPULATION OF DISMISSAL**

Having reached a settlement of all claims in the above-captioned case, the undersigned parties hereby stipulate and agree that the case shall be dismissed with prejudice pursuant to Court of Federal Claims Rule 41(a).

Respectfully submitted,

CHRISTOPHER DANLEY
BAKER BOTTS, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 639-7842
Facsimile: (202) 585-1049
christopher.danley@bakerbotts.com

*Attorney for Plaintiff*

PAUL G. FREEBORNE
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 6108
Washington, D.C. 20044
Phone: (202) 353-0543
Facsimile: (202) 616-8202
paul.freeborne@usdoj.gov

*Attorney for Defendant*

DATED: March 28, 2007